IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Carl W. Bass ) | |
| ) | Case No: 16 C 8287 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| KBS Realty, et al., ) | |

## ORDER

Status hearing and motion hearing held on 6/14/2017. Plaintiff's unopposed motion for leave to withdraw [9] is granted. James D. Ryndak and Roger M. Masson are granted leave to withdraw their appearances on behalf of plaintiff and are relieved from appointment as counsel. Plaintiff's complaint is hereby dismissed for the reasons stated in open court.

(T: 0:10)

Date: June 14, 2017                    /s/ Chief Judge Ruben Castillo