

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# FILED

JUL 18 2017 *PJ*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Motion to Dismiss

| | |
|---|---|
| Plaintiff | ) |
| CARL BASS | ) Case Number: 16 - CV - 08287 |
| v. | ) |
| | ) Judge: Ruben Castillo |
| | ) |
| | ) Magistrate Judge: Finnegan |
| | ) |
| Defendant | ) |

(1.) KBS REALTY
(2.) PREMIER SECURITY CORP.
(3.) TRANSWESTERN PROPERTY MANAGEMENT
(4.) SUNDANCE, INC.

I hereby Dismiss this Complaint without Prejudice.

Carl Bass
July 18, 2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]